IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

SAMANTHA D. HENSLEY,

          Plaintiff,

v.                                         CIVIL ACTION NO.  3:14-15733

MAGAN N. WALTERS and
GARY WALTERS,

          Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying order, the Court **ORDERS** that Defendants' Motion to Dismiss (ECF No. 10) be **GRANTED** and Plaintiffs' Complaint (ECF No. 1) be **DISMISSED WITHOUT PREJUDICE** and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                                                ENTER:       November 17, 2014

                                                  ROBERT C. CHAMBERS, CHIEF JUDGE